UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                          Case No. 2:17-mj-7

                                          HON. TIMOTHY P. GREELEY

HENRY MICHAEL SIMON RODRIGUEZ,

        Defendant.
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on February 3, 2017, for an initial appearance on the criminal complaint charging defendant with Assault with a Dangerous Weapon . The government requested the defendant be detained pending further proceedings. Defendant will be given time to consult with his attorney and may request a detention hearing at a later date. Defendant shall be detained pending further proceedings.

IT IS SO ORDERED.

                                                      /s/ Timothy P. Greeley
                                                TIMOTHY P. GREELEY
                                                UNITED STATES MAGISTRATE JUDGE

Dated:  February 6, 2017